1 STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
767 N. Hill Street, Suite 220
Los Angeles, CA 90012
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com
Attorney for Plaintiff, Alton Vernon Taylor, III

NICOLA T. HANNA. ESQ.
United States Attorney
DAVID M. HARRIS, ESQ.
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, ESQ.
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER KENNEY, ESQ.
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone: (415) 977-8945
Facsimile: (415) 744-0134
Email: jennifer.a.kenney@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alton Vernon Taylor, III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 18-121-KK<br><br><br>~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d) |

Before the Court is the Stipulation of Plaintiff, Alton Vernon Taylor, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Seven Thousand Two Hundred Eighty-Seven Dollars and Five Cents ($7,287.05) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney's Law Firm Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:

**Olinsky Law Group**
**300 S State St Ste 420**
**Syracuse, NY 13202**

Date: June 6, 2019                    \_\_\_\_\_ *Kenly* _____
                                       Hon. Kenly Kiya Kato
                                       United States Magistrate Judge